AUSA Samuel B. Cole (312) 353-4258

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

## AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Hon. Martin C. Ashman |
| JOSE FLORES | ) | No. 08CR 410 |

The undersigned Affiant personally appeared before MARTIN C. ASHMAN, a United States Magistrate Judge, and being duly sworn on oath, states: That at WESTERN DISTRICT OF MICHIGAN, one JOSE FLORES was charged in an indictment with one count of violation of Sections 846, 841(a)(1), and 841(b)(1)(c) of the United States Code, Title 21, for the offense of conspiracy to distribute and possess with intent to distribute marijuana, and one count of violation of Sections 924(c)(1)(A)(ii), 924(c)(1)(D), and 924(c)(2), of the United States Code, Title 21, and Section 2 of the United States Code Title 18, for the offense of knowingly and intentionally brandishing firearms during and in relation to a drug trafficking crime and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Jonathan Cotteleer
Senior Special Agent
Immigrations and Customs Enforcement
Department of Homeland Security

Subscribed and Sworn to before me this
22nd day of May, 2008.

_____
MARTIN C. ASHMAN
United States Magistrate Judge

1

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

JOSE FLORES

**WARRANT FOR ARREST**

CASE NUMBER **1:08-cr-127**

Robert Holmes Bell
Chief U.S. District Judge

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST __JOSE FLORES__
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__XX__ Indictment ___ Information ___ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

for Conspiracy to Distribute and Possess with Intent to Distribute Marijuana; Brandishing Firearms During and in Relation to a Drug Trafficking Crime

in violation of Title __21, 18__ United States Code, Section(s) __846, 841(a)(1); 924(c)__

__Hon. Joseph G. Scoville__
Name of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

__5/14/08__  __Grand Rapids, Michigan__
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |