## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 410 - 1 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Jose Flores | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 5/23/2008. Defendant appears in response to arrest on 5/22/2008. Defendant informed of his rights. Enter order appointing Imani Chiphe from the Federal Defender Program as counsel for defendant. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained without prejudice to his asking in the future for a detention hearing. Order defendant removed to the United States District Court Western District of Michigan, Southern Division in custody

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|