MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Western District of Michigan
    399 Gerald R. Ford Federal Bldg
    110 Michigan Street, N.W.
    Grand Rapids, MI 49503

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *L. Haroney*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
L. Haroney                        5/29/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

FILED
6-2-2008
JUN - 2 2008

☐ Express Mail
MICHAEL W. DOBBINS
☐ Insured CLERK, U.S. DISTRICT COURT

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 9746 9216

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08CR410